IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00128-WJM-NYW | Date: | July 1, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| CODY WILLIAM COX, | *James F. Scherer* |
| **Plaintiff,** | |
| v. | |
| DON WILSON, | *Leslie Lynn Schluter* |
| CLEAR CREEK COUNTY SHERIFF'S OFFICE, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel.

Discussion and argument held on Motion for Order Compelling Production [20] filed on May 14, 2015. Parties have a stipulation.

**ORDERED:** Motion for Order Compelling Production [20] is DENIED as MOOT in light of the parties' agreement. Pursuant to the Parties' stipulation that was read into the record, Plaintiff will serve a Request for Production that is substantially similar to the subpoena to facilitate the production of Defendant's personnel file, and the personnel file will be produced no later than 14 days after service of the Request for Production. No later than July 8, 2015, the Parties will submit a proposed Protective Order to facilitate the production of the personnel file.

Discussion held on Motion to Extend Deadline for Joinder of Parties and Amendment of Pleading [23] filed on May 26, 2015.  The time to respond to such motion has lapsed and Defendant's counsel indicates that there is no objection to it.

**ORDERED:   Motion to Extend Deadline for Joinder of Parties and Amendment of Pleading [23] is GRANTED. The deadline for joinder of parties and amendment of pleadings is extended to July 15, 2015.**

Court in Recess: 1:43 p.m.              Hearing concluded.              Total time in Court:    00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.