**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CODY WILLIAM COX, ) | |
| Plaintiff, ) | Civil Case No.: |
| ) | 1:15-cv-00128-WJM-NYW |
| v. ) | |
| DON WILSON, in his individual capacity, ) | |
| Defendant. ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

The plaintiff, Cody Cox, through counsel, Miller & Law P.C., submits the following proposed voir dire questions, as provided by Section (IV)(B)(4)(c) of the Court's Revised Practice Standards.

1. Does anyone have a relative, close friend, or do you yourself have any training or work in law enforcement?

2. Does anyone here feel like regardless of what the evidence is or how high the medical bills are or how outrageous the behavior is of the defendant, they could never be part of a jury that returned a multi-million-dollar verdict?

3. Who has an overall good impression of police officers? Has anyone had a particularly bad experience with police officers or have an overall negative view of them?

4. Some people feel like police officers should have a right to go about their job in dangerous and stressful situations and not have their actions be second guessed or criticized. Others disagree. How do you feel about that?

5. Do you feel that police should have to abide by certain safety standards when they are in stressful situations? Or is that too much to ask of a person to be able to follow such standards when they are in the moment?

6. If a person is evading police, many people feel like that person deserves anything that happens to them during the police pursuit, regardless of whether proper police protocol was followed. Here feels like that, even a little?

7. What are your feelings about the police shootings that have been in the news?

8. Do you agree that police officers should be held to a standard of conduct in their dealings with the public? Do you think that a standard of conduct should apply even in the stressful situations that police officers sometimes find themselves in?

9. There is a possibility that this case could turn out to be one of the more important cases in the state this year. Not everyone wants to be on a jury in a large case like this. How do you feel about being part of a large case?

Respectfully submitted this 13th day of July, 2018.

                                          MILLER & LAW, P.C.

By:   */s/ James F. Scherer*
       James F. Scherer
       David B. Law
       Curtis R. Henry
       Attorneys for Plaintiff
       1900 W. Littleton Boulevard
       Littleton, Colorado 80120
       Phone: (303)722-6500
       Fax: (303)722-9270
       jfs@millerandlaw.com
       dbl@millerandlaw.com
       crh@millerandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of July 2018, a true and correct copy of the foregoing **PLAINTIFF'S PROPOSED VIOR DIRE QUESTIONS** was served on the following via e-mail:

Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
vnd@vaughandemuro.com

                                          *Amaris Roybal*
                                          Amaris Roybal